UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DURWIN ABBOTT (DOC# 316843)            CIVIL ACTION

VERSUS

CAPTAIN PERCY BABIN, ET AL.            NO.:15-00505-BAJ-EWD

### ORDER

Defendants, MSgt. Tyrone Kilbourne and Capt. Percy Babin, filed a Motion for Summary Judgment (Doc. 23). Defendants contend, *inter alia*, that Plaintiff failed to exhaust administrative remedies prior to filing this action. However, the administrative record for ARP DCI-2015-430, as submitted by the parties, is replete with gaps and omissions. The Court cannot duly consider the issue of exhaustion until the complete and current administrative record for ARP DCI-2015-430 is provided.

Accordingly,

**IT IS ORDERED** that Plaintiff and Defendants supplement the record, <u>**within twenty-one (21) days**</u> from the issuance of this order, to include the entirety of the administrative record for ARP DCI-2015-430,[1] including but not limited to:

- Documentation of Plaintiff's request to initiate the ARP process for ARP DCI-2015-430.

- Documentation of when the Warden received Plaintiff's request to initiate ARP DCI-2015-430.

---

[1] The parties must provide actual documentation from the administrative record, not affidavits or declarations from prison staff summarizing the record.

- Documentation of the date Plaintiff *received*[2] the "Offender Relief Request Form" from the screening officer.

- Documentation of the date Plaintiff *received* the "First Step Response Form" from the Warden's Office.

- Documentation of Plaintiff's request to appeal the "Offender Relief Request Form" rejection signed on June 10, 2015, which resulted in a "First Step Response Form" signed on June 11, 2015.

- Documentation of the date Plaintiff sent his request to proceed to Step Two.

- Any other documentation related to Plaintiff's request to proceed to Step Two.

**IT IS FURTHER ORDERED** that Plaintiff and Defendants supplement the record, **within twenty-one (21) days** from the issuance of this order, by providing information regarding Plaintiff's custody status during September and October of 2014, and during the administrative processing of ARP DCI-2015-430.

**IT IS FURTHER ORDERED** that the parties file an exhibit list with the above ordered record supplement, including the corresponding exhibit numbers and, if necessary, a brief statement explaining the absence of any exhibit and the good faith efforts taken to procure the absent exhibit.

Baton Rouge, Louisiana, this 5th day of May, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[2] The "Offender Relief Request Form" and the "First Step Response Form" only indicate the date the documents were signed, not the date they were received by Plaintiff. *See* Doc. 23-5 at p. 3; Doc. 25-2 at p. 3.